# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

SALTY INC
WELLS FARGO BANK PO BOX 842683 BOSTON MA 02284

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 685129 | 05/29/2019 | 06/05/2019 | $ 120,512.53 | 034978-2019 | 05/06/2019 | -$ 5,307.28 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | 12438-2019 | 04/15/2019 | - 78.00 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | 293212-2019 | 04/08/2019 | 2,923.44 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | 293512-2019 | 04/23/2019 | 23,367.00 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | 293513-2019 | 04/23/2019 | 77,323.54 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | 293514-2019 | 04/23/2019 | 24,860.43 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | PT0023054-2019 | 04/04/2019 | - 994.08 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | PT0023281-2019 | 05/09/2019 | - 249.24 |
| 685129 | 05/29/2019 | 06/05/2019 | 120,512.53 | PT0023348-2019 | 05/16/2019 | - 1,333.28 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 035103-2019 | 06/03/2019 | - 3,848.54 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 035137-2019 | 06/10/2019 | - 758.94 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293796-2019 | 05/13/2019 | 4,100.49 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293797-2019 | 05/13/2019 | 21,899.32 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293798-2019 | 05/13/2019 | 7,177.47 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293799-2019 | 05/13/2019 | 41,310.45 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293800-2019 | 05/13/2019 | 13,759.84 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293801-2019 | 05/13/2019 | 12,217.78 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 293802-2019 | 05/13/2019 | 1,538.49 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 952-77911-2019 | 05/30/2019 | - 6.87 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | 954-77911-2019 | 06/06/2019 | - 82.44 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | PT0023446-2019 | 05/30/2019 | - 27.76 |
| 686016 | 06/19/2019 | 06/28/2019 | 96,385.31 | PT0023528-2019 | 06/13/2019 | - 893.98 |
| 686349 | 06/26/2019 | 07/05/2019 | 19,352.80 | 293818-2019 | 05/20/2019 | 9,843.18 |
| 686349 | 06/26/2019 | 07/05/2019 | 19,352.80 | 293819-2019 | 05/20/2019 | 9,894.72 |
| 686349 | 06/26/2019 | 07/05/2019 | 19,352.80 | PT0023566-2019 | 06/20/2019 | - 150.81 |
| 686349 | 06/26/2019 | 07/05/2019 | 19,352.80 | PT0023580-2019 | 06/20/2019 | - 234.29 |
| TOTAL | | | $ 236,250.64 | 13 | | |